FILED
August 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D47

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title:** | Ashray Corporation | **Case No:** | 10-36666 - C - 11 |
| | | **Date:** | 8/4/10 |
| | | **Time:** | 10:00 |

**Matter:** [1] – Chapter 11 Voluntary Petition. Missing Document(s): Verification and Master Address List due by 7/2/2010; Statement of Financial Affairs; Attorney Disclosure Statement; Summary of schedules; Schedule A – Real Property; Schedule B – Personal Property; Schedule D – Secured Creditors; Schedule E – Unsecured Priority Creditor; Schedule F – Unsecured Nonpriority Creditors; Schedule G – Exec. Contracts & Unexpired Leases; Schedule H – Codebtors; List of Equity Security Holders; Balance Sheet due by 7/9/2010. Cash Flow Statement due by 7/9/2010. Tax Return; Statement of Operations due by 7/9/2010. Statement Regarding Ownership of Corporate Debtor; Document(s) due by 7/9/2010. Chapter 11 Plan (Small Business) due by 12/22/2010. (kvas)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Teresa Jackson
**Reporter:** Diamond Reporters
**Department:** C

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
  Debtor(s) Attorney – C. Anthony Hughes
  Creditor – Elizabeth Roth
  U.S. Trustee – Allen Massey

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the Chapter 11 case is dismissed.

Dated: August 13, 2010

_____
United States Bankruptcy Judge